UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES J. INSLEY,<br><br>        Defendant. | Case No.: 5:20-MJ-00619<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Eastern__ District of __Arkansas__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        (x)  information in the Pretrial Services Report and Recommendation

        (x)  information in the violation petition and report(s)

        (x)  the defendant's nonobjection to detention at this time

        ( )  other: _____

|     |        |       |                                                                                                                                                                                                                                           |
| --- | ------ | ----- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |        |       | and/ or                                                                                                                                                                                                                                   |
| 2   | B. (x) |       | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |
| 6   |        | (x)   | information in the Pretrial Services Report and Recommendation                                                                                                                                                                            |
| 7   |        | (x)   | information in the violation petition and report(s)                                                                                                                                                                                       |
| 8   |        | (x)   | the defendant's nonobjection to detention at this time                                                                                                                                                                                    |
| 9   |        | ( )   | other: _____                                                                                                                                                                                             |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/16/2020

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE